222 So.2d 882

**STATE of Louisiana, Through the DEPARTMENT OF HIGHWAYS**

**v.**

**May Smallwood THORNTON et al.**

**No. 49802.**

June 9, 1969.

In re: Mrs. May T. White applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 220 So.2d 217.

The application is denied. The judgment is correct.

SANDERS and SUMMERS, JJ., are of the opinion that a writ should be granted.